IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$20,337.00 in U.S. CURRENCY<br><br>    Defendant Property. | Case No. 17-CV-149-MLC<br><br>*DEFAULT JUDGMENT AND ORDER OF FORFEITURE* |

Plaintiff has filed an Application for Entry of Default (EFC Doc. 5) in this case against all persons and entities with respect to the defendant property.

Based on the government's Motion for Default Judgment and Order of Forfeiture, it appears that the United States sent notices and copies of the *Verified Complaint for Forfeiture In Rem* to all known potential claimants and its notices were sent by means reasonably calculated to reach those potential claimants. No responsive pleading has been maintained or filed in this action by any person as to the defendant property.

Having considered the records herein, the Court finds that:

1. Process was duly issued in this case and served upon all known interested parties.

2. No person has timely filed or maintained a claim, answer, or other responsive pleading in defense of this action with respect to the defendant property.

4. An Entry of Default was entered by the Clerk of the Court on October 18, 2017 (ECF Doc. 6).

Based on the above findings, and the Court being otherwise fully advised in the matter and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, a Default Judgment and Order of Forfeiture be entered against all persons as to the defendant property and it is hereby forfeited to the United States of America to be disposed of according to law.

The defendant property identified above is forfeited to the United States, with all right, title, and interest vested in the United States, and any interest of any other person or entity in said assets is extinguished and barred.

SO ORDERED this 25th day of October, 2017.

Mark L. Carman
United States Magistrate Judge